United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-12310-amc

Charlene Parmenter     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: May 30, 2024     Form ID: pdf900     Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charlene Parmenter, 5444 Catharine St., Philadelphia, PA 19143-2510 |
| 14804039 | + | Lankenau Medical Center, 100 E Lancaster Ave., Wynnewood, PA 19096-3400 |
| 14808223 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Mark A. Cronin, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14804043 | + | US Bank as Trustee for PHFA, 211 N Front St., Harrisburg, PA 17101-1406 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 31 2024 00:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 31 2024 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14804037 | + | Email/Text: megan.harper@phila.gov | May 31 2024 00:32:00 | City of Philadelphia - Water Revenue, 1401 JFK Blvd, Philadelphia, PA 19102-1617 |
| 14804038 | + | Email/Text: Bankruptcy@ICSystem.com | May 31 2024 00:32:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 14815262 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 31 2024 00:32:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14804040 | + | Email/Text: bankruptcygroup@peco-energy.com | May 31 2024 00:32:00 | PECO Energy, Attn: Bankruptcy Dept., 2301 Market St. N3-1, Philadelphia, PA 19103-1380 |
| 14816976 | + | Email/Text: blegal@phfa.org | May 31 2024 00:32:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14804041 | ^ | MEBN | May 31 2024 00:16:26 | Philadelphia Gas Works, 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14822021 | + | Email/Text: bankruptcy@purchasingpower.com | May 31 2024 00:32:00 | Purchasing Power, LLC, 2727 Paces Ferry Road SE,Bldg.2,Ste 1200, Atlanta, GA 30339-6143 |
| 14804042 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 31 2024 00:56:30 | Secretary of Hous & Urban Devpt, 451 Seventh St. SW, Washington, DC 20410-0001 |
| 14809970 | | Email/Text: EDBKNotices@ecmc.org | May 31 2024 00:31:00 | US Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: May 30, 2024 | Form ID: pdf900 | Total Noticed: 15

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALFONSO G. MADRID | on behalf of Debtor Charlene Parmenter amadrid@clsphila.org madrid.alfonsob@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　CHARLENE PARMENTER<br><br>　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 23-12310-AMC |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date: May 30, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　Bankruptcy Judge